UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cv-01843

**Abbineni, et al.,**
*Plaintiffs,*
v.
**Mullin, et al.,**
*Defendants.*

## ORDER

On August 19, 2026, Plaintiffs filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismissing their claims without prejudice. ECF No. 5. Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. Defendants have not served an answer or a motion for summary judgment. Plaintiffs' "notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016). Nothing remains to resolve, and the case is closed.

The clerk's office is directed to close this case.

*So ordered by the Court on August 20, 2026.*

ANDREW DAVIS
United States District Judge